IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG F. PEHLMAN, SR. et al.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT W. DOOLEY et al.,** | : | No. 12-4403 |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 21st day of October, 2013, upon consideration of Defendants' Motion for Partial Summary Judgment (Docket No. 17) and both parties' submissions relating thereto (Docket Nos. 18 & 19; Plaintiffs' undocketed August 22, 2013 letter), it is hereby **ORDERED** that the oral argument scheduled for November 4, 2013, is canceled, and Defendants' Motion is:

1. **GRANTED IN PART**, as to the survival claims; and

2. **DENIED IN PART**, as the wrongful death claims.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge